# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-001-MMD-CWH |
|---|---|
| Plaintiff, | **ORDER TEMPORARILY UNSEALING TRANSCRIPT** |
| v. | |
| IONUT BITERE, | |
| Defendant. | |

On December 20, 2018, a request for transcript of this defendant's Change of Plea hearing held on December 19, 2018, was received from Assistant United States Attorney Patrick Burns, in which part of the hearing was sealed.

**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by AUSA Burns.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of the Court

**IT IS FURTHER ORDERED THAT** that the receiving party shall not disclose the sealed contents of the transcript of proceedings to anyone other than the representatives of the parties directly concerned with this case.

DATED this  1st  day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE