|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:18-CR-001-MMD-CWH |
|---|---|
| Plaintiff, | **Revised Final Order of Forfeiture** |
| v. | |
| IONUT BITERE, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A); 18 U.S.C. § 982(a)(2)(B); 18 U.S.C. § 1029(c)(1)(C) and 1029(c)(2); 18 U.S.C. § 981(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(1); 18 U.S.C § 982(a)(6)(A)(ii)(II) and 982(a)(6)(B); and 21 U.S.C. § 853(p) based upon the plea of guilty by Ionut Bitere to the criminal offenses, forfeiting the property set forth in the Memorandum in Support of Guilty Plea Without Plea Agreement and the Forfeiture Allegations of the Second Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Ionut Bitere pled guilty. Second Superseding Criminal Indictment, ECF No. 189; Memorandum in Support of Guilty Plea Without Plea Agreement, ECF No. 239; Change of Plea, ECF No. 251; Preliminary Order of Forfeiture, ECF No. 262.

This Court finds that the United States may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

/ / /

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from January 8, 2019, through February 6, 2019, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 273.

This Court finds the United States notified known third parties by personal service of their right to petition the Court. Notice of Filing Service of Process – Personal Service, ECF No. 278.

On February 8, 2019, the United States Marshals Service personally served One Nevada Credit Union c/o President/CEO, Registered Agent, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 278, p. 2 and ECF No. 278-1.

On February 8, 2019, the United States Marshals Service personally served Paul Parrish as President of One Nevada Credit Union with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 278, p. 3 and ECF No. 278-1.

On February 8, 2019, the United States Marshals Service personally served George Peterson as Director of One Nevada Credit Union with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 278, p. 4 and ECF No. 278-1.

On February 8, 2019, the United States Marshals Service personally served Vince Eckelkamp as Secretary and Treasurer for One Nevada Credit Union with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 278, p. 5 and ECF No. 278-1.

On February 8, 2019, the United States Marshals Service personally served Anna Trevino as Central Operations Manager of One Nevada Credit Union with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 278, p. 6 and ECF No. 278-1.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A); 18 U.S.C. § 982(a)(2)(B); 18 U.S.C. § 1029(c)(1)(C) and 1029(c)(2); 18 U.S.C. § 981(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(1); 18 U.S.C § 982(a)(6)(A)(ii)(II) and 982(a)(6)(B); 21 U.S.C. § 853(p); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. $32,193;
2. $7,501;
3. $3,607.46;
4. $385;
5. Black iPhone 8;
6. Black Samsung Cellular Phone, Model: SM-G935F;
7. Black Samsung Cellular Phone, Model: SM-G955F with Blue Case;
8. White iPhone 8 with Pink Case;
9. Silver iPhone, Model: A1549 with Obliterated Serial Number;
10. Black Samsung Cellular Phone, Model: K56;
11. 8GB Micro SD Card, Serial Number: atmh1as16g01718b181685;
12. HP Laptop, Model: 15ba009dx, Serial Number: cnd7042m2y;
13. Gray Sandisk 32GB Micro SD Card, Serial Number: 7255dvfdq0f8;
14. Pink book with various handwritten notes;
15. 3 pages of handwritten PINs and times;
16. MasterCard Card Number: xxxxxxxxxxxx4874

17. 3 Victoria's Secret Gift Cards;

18. 4 Victoria's Secret Gift Cards;

19. 2 re-encoded Vanilla Gift Cards;

20. Vanilla MasterCard gift card, Card Number: xxxxxxxxxxxx9779;

21. 3 ATM covert camera overlays;

22. Miscellaneous skimmer accessories;

23. Black deep insert ATM skimmer;

24. Clear deep insert ATM bank card skimmer;

25. ATM pinhole camera overlay;

26. Clear insert card skimmer, Serial Number: pgeb0058120;

27. ATM skimming device; and

28. Greek passport in the name of "Fotis Mavromatis"

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED May 29, 2019.

HONORABLE MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

4

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on May 29, 2019.

                                        /s/ Heidi L. Skillin
                                        HEIDI L. SKILLIN
                                        FSA Contractor Paralegal